IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| DAVID J. LEFFLER and JAMES H. "HUNTER" LEFFLER, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 1:24-cv-04811-SEG-WEJ |
| YAMAHA MOTOR FINANCE CORPORATION, USA, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SETTLEMENT

The Parties to the captioned case hereby notify the Court that this case has been settled.  The Parties are in the process of completing paperwork attendant to the settlement and expect to file a notice of dismissal with prejudice by September 30, 2025.

This 10th day of September, 2025.

/s/ Craig E. Bertschi
Craig E. Bertschi
Georgia Bar No. 055739
678.999.1102 (v)
ceb@mcraebertschi.com

/s/ Bryan Kaplan
Bryan Kaplan
Georgia Bar No. 301706
404.205.5835 (v)
bk@kaplanlawga.com

**MCRAE BERTSCHI & COLE LLC**
1872 Independence Square, Suite D
Dunwoody, Georgia 30338

**KAPLAN LEGAL SERVICES LLC**
6100 Lake Forrest Drive Suite 530
Atlanta, GA 30328

*Counsel for Plaintiff*

*Counsel for Defendant*

1

2