IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DAVID J. LEFFLER and JAMES H.      )
"HUNTER" LEFFLER,                  )
                                   )
        Plaintiffs,                )
                                   )
v.                                 )        CIVIL ACTION FILE NO.
                                   )        1:24-cv-04811-SEG-WEJ
YAMAHA MOTOR FINANCE               )
CORPORATION, USA,                  )
                                   )
        Defendant.                 )

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties to the captioned case hereby stipulate to the dismissal, with prejudice, of this case and all claims and counterclaims asserted therein.  The Parties shall each bear their own costs and attorneys fees.

This 18th day of September, 2025.

*/s/ Craig E. Bertschi*                     */s/ Bryan Kaplan*
Craig E. Bertschi                           Bryan Kaplan
Georgia Bar No. 055739                      Georgia Bar No. 301706
678.999.1102 (v)                            404.205.5835 (v)
ceb@mcraebertschi.com                       bk@kaplanlawga.com

**MCRAE BERTSCHI & COLE LLC**               **KAPLAN LEGAL SERVICES LLC**
1872 Independence Square, Suite D           6100 Lake Forrest Drive Suite 530
Dunwoody, Georgia 30338                     Atlanta, GA 30328

*Counsel for Plaintiff*                     *Counsel for Defendant*

- 1 -